```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MARCUS DOZIER,
                Petitioner,

        -against-

JAMES J. WALSH,
                Respondent.
-------------------------------------------------------X

08 civ 4384 (JGK)

**MEMORANDUM AND ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

      The Clerk of this Court is directed to serve a copy of this order, together with a copy of the petition, on the Attorney General for the State of New York, who shall answer or move with respect to the petition for habeas corpus within sixty (60) days from the date of receipt of this order.

      The Attorney General shall submit transcripts of all proceedings, any briefs submitted on appeal and the record in any state post-conviction proceedings. The Attorney General shall also address, as appropriate, the proper procedural handling under the Antiterrorism and Effective Death Penalty Act of 1996, Public Law No. 104-132, 110 Stat 1214 (1996).

      The petitioner's time to reply to the Attorney General's response shall be thirty (30) days after the receipt of the Attorney General's response.

**SO ORDERED.**

Dated: New York, New York
       6/20/08

                                                JOHN G. KOELTL
                                         UNITED STATES DISTRICT JUDGE