USDC SDNY
DOCUMENT
ELECTRONIC          ED
DOC #: _____
DATE F: 7/24/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------

MARCUS DOZIER,

                          Petitioner,          08 Civ. 4384 (JGK)

          - against -                          MEMORANDUM OPINION
                                               AND ORDER
JAMES J. WALSH, SUPERINTENDENT,
SULLIVAN CORRECTIONAL FACILITY

                          Respondent.

----------------------------------------

JOHN G. KOELTL, District Judge:

     The petitioner's motion to appoint counsel is **denied**

**without prejudice to renewal** for failure to make the required

showing at this time.  The Court of Appeals for the Second

Circuit has articulated factors that should guide the Court's

discretion to appoint counsel to represent an indigent civil

litigant under 28 U.S.C. § 1915, and these standards are useful

in determining whether the interests of justice require

appointing counsel for a habeas petitioner under 18 U.S.C. §

3006A(a)(2).  See Hodge v. Police Officers, 802 F.2d 58, 61-62

(2d Cir. 1986); Jackson v. Moscicki, No. 99 Civ. 2427 (JGK),

2000 WL 511642, at *4 (S.D.N.Y. Apr. 27, 2000).  For the Court

to order the appointment of counsel, the petitioner must, as a

threshold matter, demonstrate that his claim has substance or a

likelihood of success on the merits.  See Hodge, 802 F.2d at 61-

62.  Only then can the Court consider the other factors

1



appropriate to determination of whether counsel should be

appointed: "plaintiff's ability to obtain representation

independently, and his ability to handle the case without

assistance in the light of the required factual investigation,

the complexity of the legal issues, and the need for expertly

conducted cross-examination to test veracity." Cooper v. A.

Sargenti Co., Inc., 877 F.2d 170, 172 (2d Cir. 1989).  The

petitioner has not yet made such a showing.


SO ORDERED.

Dated:  New York, New York
        July 22, 2008

                                    John G. Koeltl
                            United States District Judge

2