STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

CRIMINAL DIVISION
FEDERAL HABEAS CORPUS SECTION

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2008

August 15, 2008

**VIA FACSIMILE AND U.S. MAIL**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl St., Room 1030
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

8/17/08

John G. Koeltl, U.S.D.J.

Re: Marcus Dozier v. James J. Walsh,
    08 Civ. 4384 (JGK)

Your Honor:

    I am an Assistant Attorney General in the office of Andrew M. Cuomo, Attorney General of the State of New York, attorney for respondent in the above-referenced habeas corpus proceeding. I am writing to respectfully request an extension of time to respond to the petition for a writ of habeas corpus from August 25, 2008 until October 24, 2008.

    In Your Honor's Order dated June 20, 2008, you ordered that my office file its response by August 25, 2008. Upon receiving the order, respondent requested a copy of the state record, including the transcripts in this case. However, respondent has not yet received necessary portions of the record, including records related to petitioner's ineffective assistance of counsel claim and the plea and sentencing minutes. Therefore, respondent respectfully requests an extension of time until October 24, 2008, in order to obtain those documents and to prepare a complete response to the petition. This is my first request for an extension.

    I thank the Court for its consideration to this matter.

Respectfully submitted,

Priscilla Steward
Assistant Attorney General
Federal Habeas Corpus Section
(212) 416-8737

120 BROADWAY, NEW YORK N.Y. 10271 • PHONE (212) 416-8750 • FAX (212) 416-8026 * NOT FOR SERVICE OF PAPERS
HTTP://WWW.OAG.STATE.NY.US